| | |
|---|---|
| Abbas Kazerounian, State Bar No. 48522<br>  ak@kazlg.com<br>Mona Amini [to be admitted *Pro Hac Vice*]<br>  mona@kazlg.com<br>**KAZEROUNI LAW GROUP, APC**<br>245 Fischer Avenue, Unit D1<br>Costa Mesa, CA 92626<br>Tel:   800-400-6808<br>Fax:  800-520-5523 | Joshua B. Swigart, State Bar No. 49422<br>  *josh@westcoastlitigation.com*<br>**HYDE & SWIGART**<br>2221 Camino Del Rio South, Suite 101<br>San Diego, CA 92108<br>Tel:   619-233-7770<br>Fax:  619-297-1022 |

Jeffrey A. Koncius [Admitted *Pro Hac Vice*]
  koncius@kiesel.law
Cherisse H. Cleofe [to be admitted *Pro Hac Vice*]
  cleofe@kiesel.law
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel:   310-854-4444
Fax:  310-854-0812

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| DAN TRAMMELL,<br><br>       Plaintiff,<br><br>    vs.<br><br>AFNI, INC.,<br><br>       Defendant. | Case. No. 3:16-cv-05163-RJB<br><br><br>NOTICE OF SETTLEMENT<br><br><br>Hon. Robert J. Bryan |

//
//
//
//

NOTICE OF SETTLEMENT    1    KAZEROUNI LAW GROUP, APC
3:16−cv−05163−RJB                                        1546 NW 56th Street
                                                              Seattle, WA 98108
                                                              Tel: (800) 400-6808
                                                              Fax: (800) 520-5523

1 **TO THE HONORABLE COURT, ALL PARTIES HEREIN, AND THEIR**
2 **RESPECTIVE ATTORNEYS OF RECORD:**

3   PLEASE TAKE NOTICE that this action has settled.  Plaintiff respectfully requests that
4 this Honorable Court vacate all pending dates in this matter and allow the parties thirty (30)
5 days within which to file dispositional papers.  The parties anticipate that they will complete
6 the settlement and a dismissal of this action will be forthcoming. This Court shall retain
7 jurisdiction over this matter until fully resolved.

9   DATED this 22nd day of February, 2017.

11          KAZEROUNI LAW GROUP, APC

12          By: *s/ Abbas Kazerounian*
             Abbas Kazerounian, WSBA No. 48522
13           Attorney for Plaintiff

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 1546 NW 56th Street, Seattle, WA 98107. On February 22, 2017, I served the within documents:

**NOTICE OF SETTLEMENT**

☒   CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m.  The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the state of California that the above is true and correct. Executed on February 22, 2017 at Costa Mesa, California,

                                                *s/ Abbas Kazerounian*
                                                Abbas Kazerounian