Hon. Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

DAN TRAMMELL,                              Case. No. 3:16-cv-05163-RJB

        Plaintiff,

   vs.                                      ORDER

AFNI, INC.,

        Defendant.

Pursuant to the stipulation of the parties and good cause being shown, IT IS ORDERED that the above-captioned action is dismissed with prejudice.  Each party shall bear its own respective attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated this 31st day of March, 2017.

ROBERT J. BRYAN
United States District Judge

ORDER